IN THE MATTER OF DELOS M. POWERS. — Application denied. Mem. by LEARNED, P. J.

ISAAC PLUMB, *as Executor, etc., Plaintiff, v.* MORRIS C. THOMPSON and others, *Defendant, Impleaded with* LOREN DOING, *Special Guardian, Appellant.* — Order reversed and report of referee confirmed, with ten dollars costs and printing disbursements against respondent (Stephen Holden, executor, etc., defendant). Opinion by BOARDMAN, J.

JOEL GILLETT, *Respondent, v.* CHAPMAN VAN DENBURGH, *Appellant.* — Order affirmed, with ten dollars costs and printing disbursements. Opinion by LEARNED, P. J., and by BOCKES, J., dissenting.

WILSON AYERS, *Appellant, v.* JACOB L. EVERETT, *Respondent.* — Order reversed, with ten dollars costs and printing disbursements, and motion denied without costs. Opinion by BOCKES, J.

MOSES SMITH, *as Administrator, etc., Appellant, v.* SARAH E. WILD and others, *Respondents.* — Decree affirmed, with costs against appellant. Opinion by BOARDMAN, J.

JACOB ALBRIGHT, *Respondent, v.* MOTT J. ROBERTSON, *Appellant.* — Judgment and order affirmed, with costs. Opinion by BOCKES, J. BOARDMAN, J., not acting.

THE PEOPLE OF THE STATE OF NEW YORK, *Plaintiff, v.* MERCHANTS' BANK, *Defendant.* — Order affirmed, with ten dollars costs and printing disbursements, on opinion of LANDON, J.

WILLIAM YOUMANS, *Respondent, v.* JAMES A. FRANCISCO, *Appellant.* Judgment affirmed, with costs. Opinion by BOARDMAN, J.

SYLVESTER RISLEY, *Respondent, v.* IRA ABBEY, *Appellant.* — Judgment reversed, new trial granted, referee discharged, costs to abide event. Opinion by BOCKES, J.

HARRY MANDEVILLE, *Respondent, v.* WILLIAM S. WEDGE and DANIEL GRANT, *Appellants.* — Judgment of county court affirmed, with costs. Opinion by LEARNED, P. J.

LIZZIE C. BURNAP, *Respondent, v.* THE NATIONAL BANK OF POTSDAM, *Appellant.* — Judgment affirmed, with costs.

HELEN A. BROOKS, *Appellant, v.* WILLIAM U. OWEN and others *Respondents.* — Judgment reversed, new trial granted, costs to abide event; on authority of *Mead* v. *Stratton.*

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN H. MYERS, *Respondent, v.* FREDERICK STORM, *Appellant.* — Motion for leave to go to Court of Appeals granted and cause certified.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* JOHN SWINBURNE, *Respondent, v.* MICHAEL N. NOLAN, *Appellant.* — Order denying application to make complaint more definite affirmed, with ten dollars costs and printing disbursements.

SAME *v.* SAME. — Order staying proceedings, etc., reversed, with ten dollars costs and printing disbursements, with leave to

546 CUSHMAN v. TRIMBLE.

defendant to answer in six days on stipulation to take short notice of trial for next Albany Circuit.

DAVID P. McKEE, *as Administrator, etc., Appellant, v.* WILLIAM BENNETT and another, *Respondents.* — Order affirmed, with ten dollars costs and printing disbursements.

RICHARD McMICHAEL, *Respondent, v.* CHAUNCEY KILMER, *Appellant.* — Order affirmed, with ten dollars costs and printing disbursements. BOCKES, J., taking no part.

WILLIAM McMILLAN and MORRISON McMILLAN, *Respondents, v.* GEORGE A. McMILLAN, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and printing disbursements.

PATRICK MASTERSON, *Respondent, v.* FRANCIS J. MASTERSON (*Defendant*) and GEORGE and LEWIS SCHWARTZ, *Judgment Creditors, Appellants.* — Order affirmed, with ten dollars costs and printing disbursements.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THE BOARD OF SUPERVISORS OF THE COUNTY OF ULSTER, *Respondents, v.* CORNELIUS A. J. HARDENBURGH, *as Supervisor of the Town of Shawangunk, Appellant.* — Order affirmed, with ten dollars costs and printing disbursements.

BURTON G. MORSE *v.* JANSEN HASBROUCK and others. — Order reversed, with ten dollars costs and printing disbursements. Mem. by LEARNED, P. J.

IN THE MATTER OF HENRY LIVINGSTON. — Motion to amend notice of appeal denied, with ten dollars costs.

WILLIAM SHUTTER, *Appellant, v.* WALTER E. WARD, *Respondent.* — Motion to dismiss appeal denied, with ten dollars costs.

ALIDA F. FLINT, *Appellant, v.* CALVIN H. BELL and others, *Respondents.* — Motion for reargument denied.

EDWARD H. NEARY, *Appellant, v.* GEORGE ROBINSON and others, *Superintendents, etc., Respondents.* — Motion granted and cause certified to Court of Appeals.

EDWARD H. G. CLARK, *as Receiver, etc., Appellant, v.* FRANKLIN J. PARMENTER, *Respondent.* — Orders affirmed, with ten dollars costs and printing disbursements. WESTBROOK, J., not acting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THE HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, *Appellants, v.* CHARLES G. FAIRMAN, *Respondent.* — Order affirmed, with ten dollars costs and printing disbursements. LEARNED, P. J., not acting.

JAMES ROBERTSON, *Respondent, v.* EDWARD S. BINK, *Appellant.* — Motion denied, with ten dollars costs.

PAUL CUSHMAN, *Trustee, etc., v.* MARY A. TRIMBLE, *Respondent.* CHARLES E. LELAND and others, *Appellants.* — Order affirmed, with ten dollars costs and printing disbursements. BOCKES, J., not acting.